IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0332-08






HARDY DON CAPPS, Appellant



v.



THE STATE OF TEXAS





ON REHEARING OF APPELLANT'S 


 PETITION FOR DISCRETIONARY REVIEW

FROM THE SECOND COURT OF APPEALS


JACK COUNTY





 Per curiam.


O P I N I O N 




 Appellant was convicted of murder. The jury assessed his punishment at
confinement for life, and a fine of $10,000. The Court of Appeals affirmed the
conviction. Capps v. State, ___S.W.3d___ (Tex. App. -- Fort Worth, No. 02-05-00175-CR, delivered December 6, 2007). Appellant's petition for discretionary review was
dismissed as untimely filed on March 12, 2008. Appellant has filed a motion for
rehearing requesting reinstatement of his petition so that it will be considered by this
Court. Appellant's motion for rehearing is granted. His petition filed on March 7, 2008,
is reinstated as of April 30, 2008, and will be considered in accord with Tex.R.App.P. 68.


Delivered April 30, 2008

Do not publish